**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**CASE NO.: 9:26-CV-80574**

RAYANE THIBODEAU,

        Plaintiff,

    v.

CHANEL, INC.,

        Defendant.

**DEFENDANT'S NOTICE OF FILING SUPPLEMENTAL**
**DECLARATION OF LEXIE DILLON PER COURT ORDER**

Pursuant to the Court's Order dated May 18, 2026 (ECF No. 5), Defendant Chanel, Inc. ("Defendant" or "Chanel"), by and through its attorneys, files this Notice of Filing the Supplemental Declaration of Lexie Dillon, to supplement its Notice of Removal, filed on May 15, 2026. (ECF No. 1). As fully discussed below, the present record establishes Plaintiff Rayane Thibodeau is domiciled in the State of Florida, has continuously lived and worked in Florida for at least the last 8 years, and, thus, intends to remain in the state. In support of this Notice Chanel states the following:

1. Thibodeau's employment history with Chanel confirms he worked in person at multiple South Florida locations from 2018 through 2021, including boutiques in Palm Beach Gardens and Boca Raton.  (*See* Declaration of Lexie Dillion ("Dillion Decl."),  at ¶¶ 2-4, attached hereto as Exhibit 1). These roles required his physical presence in Florida and demonstrate that he was actively working and residing in the state during his tenure with Chanel.

2. That same pattern continued when Thibodeau applied for the position at issue in July 2024. (*Id.* at ¶ 5). The role was located at Chanel's Bal Harbour boutique in South Florida,

1

again reflecting Thibodeau's continued employment within the state. At the time Thibodeau submitted his application, he listed his address as 8233 Stagecoach Lane, Boca Raton, Florida 33439, which is the same address reflected in Chanel's records during his prior employment from 2018 through 2021. (*Id.* at ¶¶ 3,6). This continuity confirms that Thibodeau maintained a intentional and ongoing residence in Florida over multiple years.

3.      Thibodeau's own resume further demonstrates that his ties to Florida extend well beyond his employment with Chanel and continue to the present. Before joining Chanel, Thibodeau worked in retail roles in Boca Raton for several years beginning in or around 2014. (*Id.* at ¶ 6, Exhibit A, Thibodeau's Resume). After leaving Chanel in 2021, Thibodeau continued to work in retail positions at Florida boutiques, including in Boca Raton and Palm Beach. (*Id.*) His resume reflects continued employment in Florida, and his LinkedIn profile likewise indicates that he has been employed at a retail store in Florida from October 2024 to the present[1], with his listed contact information, including a Florida phone number, further aligning with his continued residence in the state. (*Id.*)

4.      Thibodeau then reaffirmed his Florida residency when he filed this action against Chanel on April 7, 2026, expressly stating that he is a resident of Palm Beach, Florida. (ECF No. 1-2, Compl. at ¶ 1).

5.      Taken together, Thibodeau's long and uninterrupted history of living and working in Florida before, during, and after his employment with Chanel, combined with his continued use of the same Florida residence and ongoing employment in South Florida, establish both his

---

[1] Thibodeau provided his LinkedIn on his resume. To date, Thibodeau's LinkedIn confirms he is currently employed at Adam Lippes in Palm Beach, Florida. *See* Rayane Thibodeau, LINKEDIN, https://www.linkedin.com/in/rayane-thibodeau/ (last visited June 1, 2026).

sustained physical presence and his intent to remain in Florida. These facts confirm that Florida is,

and has been, Thibodeau's place of residence and employment and, thus, citizenship.

Respectfully submitted,

**SEYFARTH SHAW LLP**


By:/s/ *Alex S. Drummond*
Alex S. Drummond
adrummond@seyfarth.com
Florida Bar No. 0038307
SEYFARTH SHAW LLP
1075 Peachtree St. NE
Suite 2500
Atlanta, GA 30309
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

***Attorney for Defendant Chanel, Inc.***

Dated: June 1, 2026

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**CASE NO.: 9:26-CV-80574**

RAYANE THIBODEAU,

      Plaintiff,

    v.

CHANEL, INC.,

      Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, I presented the foregoing **DEFENDANT'S NOTICE OF FILING SUPPLEMENTAL DECLARATION OF LEXIE DILLON PER COURT ORDER** to the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                    */s/ Alex S. Drummond*
                    Alex S. Drummond