**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**CASE NO.: 9:26-CV-80574**

RAYANE THIBODEAU,

        Plaintiff,

   v.

CHANEL, INC.,

        Defendant.

## DEFENDANT CHANEL, INC.'S CORRECTED UNOPPOSED MOTION FOR EXTENSION OF TIME FOR TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Chanel, Inc. ("Chanel"), by and though the undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1), respectfully moves the Court for entry of an Order extending Chanel's time to respond to Plaintiff Rayane Thibodeau's ("Plaintiff") Complaint up to and including June 18, 2026.[1]  In support of this Motion, Chanel states:

1.      On or about April 7, 2026, Plaintiff commenced a civil action against Chanel by filing a Complaint in the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County ("State Court"), captioned *Rayane Thibodeau v. Chanel, Inc.*, No. 50-2026-CA-003884-XXXA-MB. (ECF No. 1-2 at 4-9).

2.      Chanel was served with the Complaint on April 15, 2026 and its original deadline to respond to the Complaint in the State Court was May 5, 2026.

---

[1] Prior to Chanel's timely removal, the State Court granted Chanel's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint up to and including June 18, 2026. (ECF No. 1-2 at 36-37; ECF No. 1-5 at 1-2). Chanel removed this case on May 15, 2026 and pursuant to Federal Rule of Civil Procedure 81(c)(2)(c), the deadline to answer Plaintiff's Complaint is May, 22, 2026. Fed. R. Civ. P. 81(c)(2)(c). Chanel is unaware whether this Court adopted the State Court's Order granting Chanel's extension. Out of an abundance of caution, Chanel submits the present motion.

3.      On April 24, 2026, Chanel filed its first Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. (ECF No. 1-2 at 28-30). The State Court granted Chanel's Motion and extended Chanel's time to respond to Plaintiff's Complaint up to and including May 19, 2026. (ECF No. 1-2 at 31-32).

4.      On May 13, 2026, Chanel filed its second Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. (ECF No. 1-2 at 33-37). Chanel requested additional time to investigate the allegations of the Complaint and confer with Plaintiff's counsel in an effort to resolve the outstanding issues between the parties. (*Id.* at ¶¶ 3-4). The State Court granted Chanel's Motion and extended Chanel's time to respond to Plaintiff's Complaint up to and including June 18, 2026. (ECF No. 1-2 at 36-37).

5.      On May 15, 2026, Chanel timely removed this case to Federal Court. (ECF No. 1). Notwithstanding the State Court's Order affording Chanel an extension, the Federal Rules of Civil Procedure requires a defendant to respond to a plaintiff's complaint 7 days after removal. Fed. R. Civ. Pro. 81(c)(2)(c). Chanel included a complete and accurate record of the State Court proceeding in its Notice of Removal. As part of the record, Chanel provided the State Court's Order granting Chanel's Motion for Extension to Respond to Plaintiff' Complaint up to and including June 18, 2026. (ECF No. 1-2 at 36-37; ECF No. 1-5 at 1-2).

6.      Out of abundance of caution, Chanel files this Unopposed Motion requesting this Court to adopt the State Court's Order extending Chanel's deadline to respond to Plaintiff's Complaint up to and including June 18, 2026.

7.      Similarly, this motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party.  This extension of time will allow Chanel sufficient time to fully investigate the allegations and claims raised by Plaintiff's Complaint, confer with counsel, and

prepare its response.

## **CERTIFICATE OF CONFERRAL**

In accordance with Local Rule 7.1(a)(3), Counsel for Defendant certifies that it has conferred by email on May 21, 2026 and again on June 2, 2026, concerning the relief requested in this Motion, and that Plaintiff's counsel has confirmed that Plaintiff does not oppose the relief sought.

WHEREFORE, Defendant Chanel, Inc. respectfully requests entry of an order granting it an extension of time up to and including June 18, 2026, within which to respond to Plaintiff's Complaint.

Date: June 2, 2026                                   Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Alex S. Drummond*
     Alex S. Drummond
     Florida Bar No. 038307
     SEYFARTH SHAW LLP
     1075 Peachtree Street, N.E.
     Suite 2500
     Atlanta, Georgia 30309-3958
     Telephone: (404) 885-1500
     Facsimile: (404) 892-7056
     Email: adrummond@seyfarth.com

     *Attorney for Defendant*
     *Chanel, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**CASE NO.: 9:26-CV-80574**

RAYANE THIBODEAU,

       Plaintiff,

  v.

CHANEL, INC.,

       Defendant.

## CERTIFICATE OF SERVICE

I certify that on June 2, 2026, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                     */s/ Alex S. Drummond*
                     Alex S. Drummond
                     *Counsel for Defendant Chanel, Inc.*

326307558v.1