**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO.: 9:26-CV-80574-AMC**

RAYANE THIBODEAU,

        Plaintiff,

  v.

CHANEL, INC.,

        Defendant.

## NOTICE OF RELATED ACTIONS

In accordance with Local Rule 1.07(c), the undersigned certifies that the above-captioned case:

  __X__  IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                        **Rayane Thibodeou v. Chanel, Inc., United States District Court for the Southern District of Florida, Case No. 9:24-cv-80273-KAM**

  ____  IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

326217465v.1

DATED:  June 8, 2026     Respectfully submitted,

            SEYFARTH SHAW LLP


By:*/s/ Alex S. Drummond*

         Alex S. Drummond
         adrummond@seyfarth.com
         Florida Bar No. 0038307
         SEYFARTH SHAW LLP
         1075 Peachtree Street, N.E.
         Suite 2500
         Atlanta, GA  30309-3958
         Telephone:  (404) 885-1500
         Facsimile:  (404) 892-7056

         *Attorneys for Defendant Chanel, Inc.*

- 2 -

326217465v.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2026, I presented the foregoing document to the

Clerk of the Court using the CM/ECF system, which sent notification of such filing to all

counsel of record.

*/s/ Alex S. Drummnd*

Alex S. Drummond
*Counsel for Defendant*
*Chanel, Inc.*

- 3 -