**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**CASE NO.: 9:26-CV-80574**

RAYANE THIBODEAU,

          Plaintiff,

   v.

CHANEL, INC.,

          Defendant.

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S  COMPLAINT

Defendant Chanel, Inc. ("Chanel"), by its attorneys and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Court to dismiss Plaintiff's Complaint for the reasons set forth in Defendant's Memorandum of Law in Support of Its Motion to Dismiss Plaintiff's Complaint, which is filed contemporaneously herewith.  For the reasons more fully set forth in Defendant's Memorandum, Chanel respectfully requests the Court to grant its Motion and dismiss Plaintiff's failure-to-hire claims with prejudice. Plaintiff failed to exhaust his administrative remedies, and any effort to do so now is foreclosed because the claims are time-barred under the Florida Civil Rights Act of 1992 ("FCRA"), Fla. Stat. § 760.10. Moreover, to the extent any such claims accrued before Plaintiff filed his prior lawsuit against Chanel, they are independently barred by the doctrine of res judicata.

WHEREFORE, Chanel respectfully requests that the Court grant its Motion and dismiss Plaintiff's Complaint in its entirety with prejudice.

Date:  June 18, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By: */s/ Alex Drummond*
    Alex S. Drummond
    adrummond@seyfarth.com
    Florida Bar No. 0038307
    SEYFARTH SHAW LLP
    1075 Peachtree Street, N.E., Suite 2500
    Atlanta, Georgia 30309-3958
    Telephone: (404) 885-1500
    Facsimile: (404) 892-7056

    *Attorney for Defendant*
    *Chanel, Inc.*

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**CASE NO.: 9:26-CV-80574**

RAYANE THIBODEAU,

        Plaintiff,

    v.

CHANEL, INC.,

        Defendant.

**CERTIFICATE OF SERVICE**

I certify that on this 18th day of June, 2026, I served the foregoing **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** by using the CM/ECF system, which will send notice to all counsel of record.

By: _____ */s/ Alex S. Drummond* _____
Alex S. Drummond