**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**CASE NO.: 9:26-CV-80574**

RAYANE THIBODEAU,

        Plaintiff,

    v.

CHANEL, INC.,

        Defendant.

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE**
**REPLY IN SUPPORT OF IT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Chanel, Inc. ("Defendant" or "Chanel"), by and through its attorneys and pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 7.1(a)(3), respectfully requests the Court to enter an Order extending Chanel's time to submit its Reply in Support of its Motion to Dismiss Plaintiff Thibodeau's ("Plaintiff") Complaint. In support of this Motion, Chanel states:

1. On or about April 7, 2026, Plaintiff commenced a civil action against Chanel by filing a Complaint in the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County ("State Court"), captioned *Rayane Thibodeau v. Chanel, Inc.*, No. 50-2026-CA-003884-XXXA-MB. (ECF No. 1-2 at 4-9.)

2. On May 15, 2026, Chanel timely removed this case to Federal Court. (ECF No. 1.)

3. On May 21, 2026, Chanel filed an Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, which this Court granted. (ECF Nos. 7, 10-11.) Chanel requested additional time to investigate the allegations of Plaintiff's Complaint and confer with Plaintiff's counsel in an effort to resolve the outstanding issues between the parties. (ECF Nos. 7, 10.)

1

4.      On June 18, 2026, Defendant filed its Motion to Dismiss Plaintiff's Complaint on June 18, 2026. (ECF No. 14.)

5.      Plaintiff filed its Response in Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint on June 27, 2026 ("Opposition Brief"). (ECF No. 16)

6.      Currently, Chanel's deadline to file a response to Plaintiff's Opposition Brief is July 6, 2026.

7.      Chanel respectfully seeks an Order from this Court extending Chanel's time to respond to Plaintiff's Opposition Brief up to and including July 13, 2026.

8.      This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party. This extension of time will allow Chanel to adequately respond to Plaintiff's Opposition Brief and continue conferring with counsel.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

On June 30, 2026 and July 1, 2026, counsel for Defendant Chanel conferred with Plaintiff's counsel via email regarding the requested extension of time. Plaintiff's counsel confirmed that Plaintiff does not oppose the relief requested herein.

WHEREFORE, Defendant Chanel, Inc. respectfully requests entry of an order granting it an extension of time up to and including July 13, 2026, within which to respond to Plaintiff' Opposition Brief.

3

Date: July 1, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Alex S. Drummond*

Alex S. Drummond
Florida Bar No. 038307
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
Email: adrummond@seyfarth.com

*Attorney for Defendant*
*Chanel, Inc.*

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**CASE NO.: 9:26-CV-80574**

RAYANE THIBODEAU,

       Plaintiff,

   v.

CHANEL, INC.,

       Defendant.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2026, I presented the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT** to the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                         */s/ Alex S. Drummond*
                                         Alex S. Drummond