**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 26-80574-CIV-CANNON/McCabe**

**RAYANE THIBODEAU,**

Plaintiff,

v.

**CHANEL, INC.,**

Defendant.

_______________________________/

**ORDER ACCEPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION [ECF No. 20]**

**THIS CAUSE** comes before the Court upon Magistrate Judge Ryon M. McCabe's Report and Recommendation on Defendant's Motion to Dismiss [ECF No. 20], issued on August 21, 2026. Defendant filed a Motion to Dismiss (the "Motion") [ECF No. 14]. On August 21, 2026, following referral, Judge McCabe issued a Report recommending that the Motion be denied [ECF No. 20 pp. 1, 6]. Both Plaintiff and Defendant have filed Notices of Non-Objection to the Report [ECF Nos. 21–22].

To challenge the findings and recommendations of a magistrate judge, a party must file specific written objections identifying the portions of the proposed findings and recommendation to which objection is made. *See* Fed. R. Civ. P. 72(b)(3); *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989); *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). A district court reviews de novo those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1). To the extent a party fails to object to parts of the magistrate judge's report,

the Court may accept the recommendation so long as there is no clear error on the face of the record. *Macort*, 208 F. App'x at 784.

Following review, the Court finds no clear error in the well-reasoned Report. For the reasons set forth in the Report [ECF No. 20 pp. 1–7], it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 20] is **ACCEPTED**.

2. The Motion [ECF No. 14] is **DENIED** without prejudice to be renewed as a motion for summary judgment, according to law. Nothing in this Order should be construed as an indication of the merits of any claim or defense in this action.

**ORDERED** in Chambers at Fort Pierce, Florida, this 3rd day of September 2026.



**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record